| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P. |
| 2 | Mayela C. Montenegro-Urch (SBN: 304471)<br>mmontenegro@shb.com |
| 3 | Jamboree Center<br>5 Park Plaza, Suite 1600 |
| 4 | Irvine, California 92614<br>Telephone: 949-475-1500 |
| 5 | Facsimile: 949-475-0016 |
| 6 | Aubrey L. Kramer (SBN: 359426)<br>akramer@shb.com |
| 7 | 555 Mission Street, Suite 2300<br>San Francisco, California 94015 |
| 8 | Telephone: 415-544-1900<br>Facsimile: 415-391-0281 |
| 9 | *Counsel for Nonparty Dr. Pierre-Anthony Lemieux* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No.  25-80123<br><br>(Related to Pending Out-of-State Action: 2:24-cv-00353-JRG in the Eastern District of Texas)<br><br>**DECLARATION OF MAYELA C. MONTENEGRO-URCH IN SUPPORT OF NONPARTY DR. PIERRE-ANTHONY LEMIEUX'S MOTION TO QUASH DEPOSITION SUBPOENA**<br><br>[Filed concurrently with Notice of Motion and Motion to Quash and [Proposed] Order]<br><br>Date:    To Be Set<br>Time:    To Be Set<br>Judge:   To Be Assigned<br>Ctrm:    To Be Assigned |

I, Mayela C. Montenegro-Urch, hereby declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of California and the United States District Court for the Northern District of California. I am a partner with the law firm of Shook, Hardy & Bacon L.L.P., counsel for nonparty Dr. Pierre-Anthony Lemieux in connection with individual deposition subpoenas issued by Advanced Coding Technologies LLC ("ACT") in connection with its cases against Google and Apple referenced in the Motion to Quash. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Declaration of Patrick A. Lujin in Support of Dr. Lemieux's Motion to Quash Deposition Subpoena.

3. A true and correct copy of the deposition subpoena to Dr. Lemieux in connection with *Advanced Coding Techs., LLC v. Google LLC*, No. 2:24-cv-00353-JRG is attached as **Exhibit B**.

4. A true and correct copy of the deposition subpoena to Dr. Lemieux in connection with *Advanced Coding Techs., LLC v. Apple Inc*., No. 2:24-cv-00572-JRG is attached as **Exhibit C.**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 19th day of May, 2025, at Irvine, California.

By:    */s/ Mayela C. Montenegro-Urch*
       Mayela C. Montenegro-Urch