# EXHIBIT A

SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Aubrey L. Kramer (SBN: 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94015
Telephone: 415-544-1900
Facsimile: 415-391-0281

*Counsel for Nonparty Dr. Pierre-Anthony Lemieux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 25-80123<br><br>(Related to Pending Out-of-State Action: 2:24-cv-00353-JRG in the Eastern District of Texas)<br><br>**DECLARATION OF PATRICK A. LUJIN IN SUPPORT OF NONPARTY DR. PIERRE-ANTHONY LEMIEUX'S MOTION TO QUASH DEPOSITION SUBPOENA**<br><br>[Filed concurrently with Notice of Motion and Motion to Quash, Declaration of Mayela C. Montenegro-Urch, and [Proposed] Order]<br><br>Date:    To Be Set<br>Time:    To Be Set<br>Judge:   To Be Assigned<br>Ctrm:    To Be Assigned |

1

DECLARATION OF PATRICK A. LUJIN IN SUPPORT OF NONPARTY DR. LEMIEUX'S
NOTICE OF MOTION AND MOTION TO QUASH DEPOSITION SUBPOENA

1    I, Patrick A. Lujin, hereby declare as follows:

2    1.    I am a partner with the law firm of Shook, Hardy & Bacon L.L.P., counsel for nonparty Dr. Pierre-Anthony Lemieux in connection with individual deposition subpoenas issued by Advanced Coding Technologies LLC ("ACT") in connection with its cases against Google and Apple referenced in the paragraphs directly below. I am licensed to practice law in the State of Missouri.

3    2.    On May 2, 2025, counsel for ACT emailed two deposition subpoenas to Dr. Lemieux in connection with the two underlying cases: *Advanced Coding Techs., LLC v. Google LLC*, No. 2:24-cv-00353-JRG and *Advanced Coding Techs., LLC v. Apple Inc.*, No. 2:24-cv-00572-JRG, attached as Exhibits A and B, respectively, to the Declaration of Mayela C. Montenegro-Urch in support of Nonparty Dr. Lemieux's Motion to Quash Deposition Subpoena.

4    3.    ACT has accused various Google products of infringing ACT's patents, such as Google's Pixel smartphone and tablet products. *See Advanced Coding Techs., LLC v. Google LLC*, No. 2:24-cv-00353-JRG, Dkt. 23 at ¶ 86 (E.D. Tex. Aug. 2, 2024) (ACT's First Amended Complaint against Google).

5    4.    ACT has also accused various Apple products, such as iPhones and iPads, of infringing ACT's patents. *See Advanced Coding Techs., LLC v. Apple Inc.*, No. 2:24-cv-00572-JRG, Dkt. 1 at ¶ 29 (E.D. Tex. July 22, 2024) (ACT's Complaint against Apple).

6    5.    Dr. Lemieux earned a Ph.D. in physics from the University of California at Los Angeles in 2001, and he has been a Partner at Sandflow Consulting since 2009. *See* https://www.linkedin.com/in/pierrealemieux.

7    6.    Dr. Lemieux first became associated with The Alliance for Open Media ("AOMedia") in January 2024, and he has served as AOMedia's Executive Director since January 2024. *Id.*

7. AOMedia is a non-profit organization that is a nonparty to the Underlying EDTX Cases. *See* https://aomedia.org/join/ ("AOMedia is a non-profit organization. . . "). AOMedia is an organization with standards available for free on its website. *See* https://aomedia.org/about/story/; https://aomedia.org/oss/.

8. My law firm also represents AOMedia in connection with four nonparty subpoenas issued by ACT in February 2025 in connection with ACT's underlying cases against Apple and Google. ACT's subpoenas to AOMedia included a total of 34 document requests and 36 deposition topics, including a document request for "[a]ll communications between Google and AOM regarding ACT, ACT's Patents, and/or this litigation." The district for compliance with the AOMedia subpoenas is the District of Massachusetts.

9. ACT does not contend that either Dr. Lemieux or AOMedia have been involved in the development of any Google or Apple products, and such involvement would not be appropriate under AOMedia's charter. *See* Microsoft Word - Alliance for Open Media Charter V.1.1.docx at §16 ("Each Member may design, develop, manufacture, acquire or market competitive deliverables, products and services, and conduct its business, in whatever way it chooses.")

10. AOMedia responded in writing to the four AOMedia Subpoenas on March 13, 2025. AOMedia and ACT have continued to meet-and-confer regarding AOMedia's responses to the four AOMedia Subpoenas – most recently on May 15, 2025 with follow-up email correspondence on May 16, 2025.

11. I contacted ACT's counsel Joseph Mercadante on May 12, 2025 via email requesting a meet-and-confer to discuss the individual subpoenas served on Dr. Lemieux. Mr. Mercadante responded the next day that we should meet-and-confer about the subpoenas to Dr. Lemieux and the subpoenas to AOMedia at the same time and discuss them "holistically". We agreed to meet-and-confer on May 15, 2025 regarding both disputes.

12. During the May 15 meet-and-confer, ACT's counsel Mr. Mercadante clarified that ACT is only seeking documents and information from AOMedia from 2018 and earlier because AOMedia published the AV1 specification in 2018. Mr. Mercadante also stated that ACT does not want to depose Dr. Lemieux until after AOMedia has produced additional documents to ACT.

13. To avoid unnecessary motion practice, I asked ACT's counsel during the May 15 meet-and-confer to expressly withdraw the individual subpoenas to Dr. Lemieux in writing. I explained that ACT's withdrawal of Dr. Lemieux's subpoenas could be made without prejudice to ACT issuing new subpoenas in the future (if we are not able to resolve the dispute as to Dr. Lemieux), and that I would agree to accept service of any such future subpoenas on Dr. Lemieux via email. But on May 16 ACT's counsel sent an email rejecting my request to withdraw the subpoenas without prejudice.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my information, personal knowledge, and belief. If called as a witness, I could and would testify competently to the foregoing under oath.

Executed this 19th day of May, 2025 at Kansas City, Missouri.

By: _____
Patrick A. Lujin