SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Aubrey L. Kramer (SBN: 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94015
Telephone: 415-544-1900
Facsimile: 415-391-0281

*Counsel for Nonparty Dr. Pierre-Anthony Lemieux*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 25-80123<br><br>(Related to Pending Out-of-State Action: 2:24-cv-00353-JRG in the Eastern District of Texas)<br><br>**[PROPOSED] ORDER GRANTING NONPARTY DR. PIERRE-ANTHONY LEMIEUX'S MOTION TO QUASH DEPOSITION SUBPOENA**<br><br>[Filed concurrently with Notice of Motion and Moton to Quash, and Declaration of Mayela C. Montenegro-Urch]<br><br>Date:     To Be Set<br>Time:     To Be Set<br>Judge:    To Be Assigned<br>Ctrm:     To Be Assigned |

1  THIS MATTER came before the Court on Dr. Pierre-Anthony Lemieux's
2  Motion to Quash Deposition Subpoena (the "Motion") filed May 19, 2025.[1]
3  Having considered the Motion, the accompanying Memorandum of Points and
4  Authorities, the concurrently-filed Declarations and exhibits, and upon such further
5  evidence or argument as may be presented at or before the hearing of this Motion, the
6  nonparty subpoena issued by Advanced Coding Technologies LLC to Dr. Pierre-
7  Anthony Lemieux is hereby QUASHED in its entirety.
8  WHEREAS, the Court finds that Advanced Coding Technologies LLC shall
9  bear the costs of the Motion, including any reasonable attorneys' fees incurred by Dr.
10 Pierre-Anthony Lemieux, in bringing the Motion, pursuant to Rule 45(d)(1).

12  IT IS SO ORDERED.

15  Dated: _____          _____

17                                  UNITED STATES MAGISTRATE JUDGE

---

[1] This matter arises out of a pending out-of-state action: Case No. 2:24-cv-00353-JRG in the Eastern District of Texas, and is between Plaintiff Advanced Coding Technologies LLC and Google LLC.

2

[PROPOSED] ORDER GRANTING NONPARTY
DR. LEMIEUX'S MOTION TO QUASH