SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Aubrey L. Kramer (SBN: 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94015
Telephone: 415-544-1900
Facsimile: 415-391-0281

*Counsel for Nonparty Dr. Pierre-Anthony Lemieux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:25-mc-80123 <br><br> (Related to Pending Out-of-State Action: 2:24-cv-00353-JRG in the Eastern District of Texas) <br><br> **CERTIFICATE OF INTERESTED ENTITIES OF NONPARTY DR. PIERRE-ANTHONY LEMIEUX PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

/ / /

/ / /

/ / /

/ / /

1

1

2   Dated:  May 19, 2025

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:   /s/ Mayela C. Montenegro-Urch
         Mayela C. Montenegro-Urch
         Aubrey L. Kramer

Attorneys for Nonparty Dr. Pierre-
Anthony Lemieux

CERTIFICATE OF INTERESTED ENTITIES OF NONPARTY DR. LEMIEUX