SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Aubrey L. Kramer (SBN: 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94015
Telephone: 415-544-1900
Facsimile: 415-391-0281

*Counsel for Nonparty Dr. Pierre-Anthony Lemieux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:25-mc-80123-AGT<br><br>(Related to Pending Out-of-State Action: 2:24-cv-00353-JRG in the Eastern District of Texas)<br><br>**NONPARTY DR. PIERRE-ANTHONY LEMIEUX'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH DEPOSITION SUBPOENA** |

Pursuant to Civil L.R. 7-7(e), nonparty Dr. Pierre-Anthony Lemieux hereby withdraws his May 19, 2025 Motion to Quash Deposition Subpoena (Dkt. No. 1), because on May 22, 2025 Advanced Coding Technologies LLC ("ACT") agreed to withdraw both individual deposition subpoenas it had issued to Dr. Lemieux (Dkt. 1-

Case 3:25-mc-80123-AGT   Document 8   Filed 05/28/25   Page 2 of 2

3, Dkt. 1-4), without prejudice, to render both motions[1] to quash moot. As explained in connection with his Motion to Quash, ACT had rejected Dr. Lemieux's pre-Motion proposal to withdraw both individual deposition subpoenas without prejudice. Dkt. 1 at 4-5; Dkt. 1-2 at ¶ 13.

Dr. Lemieux is filing this Notice within the time for filing and serving a reply. Therefore, his withdrawal is timely, and his Motion should be taken off-calendar. *See* Civil L.R. 7-7(e).

Dated:  May 28, 2025

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   */s/ Mayela C. Montenegro-Urch*
       Mayela C. Montenegro-Urch
       Aubrey L. Kramer

Attorneys for Nonparty Dr. Pierre-Anthony Lemieux

---

[1] A Notice of Withdrawal of Motion to Quash Deposition Subpoena is being filed concurrently in related action *Advanced Coding Technologies LLC v. Apple Inc.*, No. 3:25-mc-80124 (N.D. Cal.). That Motion to Quash was also filed on May 19, 2025.

NONPARTY DR. LEMIEUX'S NOTICE OF WITHDRAWAL
OF MOTION TO QUASH DEPOSITION SUBPOENA